IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA ORR                                                                                              PLAINTIFF

v.                                          No. 3:06CV00122 WRW

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION[1]                                  DEFENDANT

## JUDGMENT

In accordance with the Court's Order filed this date, its is Considered, Ordered and Adjudged that the claims of Plaintiff should be, and they are hereby, DISMISSED WITH PREJUDICE.

DATED this 27th day of September, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue was sworn in as Commissioner of the Social Security on February 12, 2007. He, therefore, is substituted for Jo Anne B. Barnhart under Fed. R. Civ. P. 25(d)(1).